IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 47,881

(Bar Docket No. 7442)

*In re:* JON KENT LOWE, voluntary surrender of his certificate to practice law in the State of Kansas

Order cancelling certificate filed May 2, 1975.

*Per Curiam:* On May 2, 1975, JON KENT LOWE voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE JON KENT LOWE's name from the roll of attorneys.